IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FRANK GREGG**                                            **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 1:08cv566HSO-JMR**

**UNDERWRITERS AT LLOYD'S LONDON**               **DEFENDANT**

### FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [4] of Chief United States Magistrate Judge John M. Roper entered in this cause on August 26, 2009. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's Complaint should be and is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 41(b) for failure to prosecute.

**SO ORDERED AND ADJUDGED**, this the 6th day of November, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE